UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

ABOVE AND BEYOND - BUSINESS TOOLS AND SERVICES FOR ENTREPRENEURS, INC.,

        Plaintiff,

        v.

DAVID TRUMBO,

        Defendant.

Civil Action No. 21-3042 (MAS) (TJB)

**ORDER**

This matter comes before the Court on Plaintiff Above and Beyond - Business Tools and Services for Entrepreneurs, Inc.'s ("Above and Beyond") unopposed Motion for Default Judgment against Defendant David Trumbo ("Trumbo"). (ECF No. 9.) The Court has carefully reviewed Above and Beyond's submission and decides the matter without oral argument under Local Civil Rule 78.1. For the reasons set forth in the accompanying Memorandum Opinion and other good cause shown,

**IT IS**, on this 25th day of May 2022, **ORDERED** as follows:

1. Above and Beyond's Motion for Default Judgment is **GRANTED IN-PART** and **DENIED IN-PART**.

2. Default judgment is **GRANTED** as to Trumbo's liability. Default judgment for a permanent injunction enjoining Trumbo's use of confidential information is **GRANTED**. Default judgment is otherwise **DENIED**.

3. The Court enjoins Trumbo from using Above and Beyond's confidential information up to and including July 2023.

                                                    MICHAEL A. SHIPP
                                                    UNITED STATES DISTRICT JUDGE